IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATT MEIER, SHERYL MEIER, and KAI BACH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>CHESAPEAKE OPERATING L.L.C.; DEVON ENERGY PRODUCTION COMPANY, LP; MIDSTATES PETROLEUM COMPANY LLC; NEW DOMINION, LLC; RANGE PRODUCTION COMPANY, LLC; SPECIAL ENERGY CORPORATION; and WHITE STAR PETROLEUM, LLC,<br><br>Defendants. | Case No. CIV-17-703-F |

## **JUDGMENT**

This matter came before the court upon motions to dismiss filed by defendants and having duly considered and ruled on those motions, the court **ORDERS** and **ADJUDGES** as follows:

With respect to the named plaintiffs, the Class Action Petition against defendant, Midstate Petroleum Company, LLC, is dismissed without prejudice under Rule 12(b)(1), Fed. R. Civ. P., for lack of subject matter jurisdiction as to claims based upon injection well activities which occurred prior to October 21, 2016 and is dismissed with prejudice under Rule 12(b)(6), Fed. R. Civ. P., for failure to

state a claim upon which relief can be granted as to claims based upon injection well activities which occurred after October 21, 2016.

With respect to the named plaintiffs, the Class Action Petition against all other defendants is dismissed with prejudice under Rule 12(b)(6), Fed. R. Civ. P., for failure to state a claim upon which relief may be granted.

In view of the court's disposition of the claims asserted by the named plaintiffs, the class action allegations in the Class Action Petition are no longer before the court and are disregarded as **MOOT**.

ENTERED at Oklahoma City, Oklahoma, this 13th day of August, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0703p013.docx